UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KAREN VALENTE,

          Plaintiff,

    v.

COLONIAL LIFE & ACCIDENT INSURANCE, et al,

          Defendants.
_____/

NO. CIV. S-07-957 LKK/EFB

O R D E R

This case was improperly removed to the Sacramento division of the Eastern District of California from Calaveras County Superior Court. Accordingly, the court hereby orders that this case be TRANSFERRED to the Fresno division.

IT IS SO ORDERED.

DATED: May 24, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1