UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN VALENTE, | 1:07-CV-00770-LJO-SMS |
| Plaintiff, | ORDER ON FINDINGS AND RECOMMENDATION TO GRANT PLAINTIFF'S MOTION TO REMAND CASE (DOCS. 17, 27) |
| v. | |
| COLONIAL LIFE & ACCIDENT INSURANCE, a South Carolina Corporation, et al., | ORDER REMANDING THE ACTION TO THE CALAVERAS COUNTY SUPERIOR COURT |
| Defendants. | |

Defendants removed this action for damages from the Calaveras County Superior Court. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-304. Pending before the Court is Plaintiff's motion to remand the action to state court.

On August 1, 2007, the Magistrate Judge filed findings and recommendations that Plaintiff's motion to remand the action to state court be granted. The findings and recommendations were served on all parties and contained notice that any objections to the findings and recommendations were to be filed within thirty (30) days of the date of service of the order. Defendant Colonial Life and Accident Insurance Company Filed objections to the

1

1  findings and recommendations, including lengthy exhibits.  The
2  undersigned has considered the objections and has determined
3  there is no need to modify the findings and recommendations based
4  on the points raised in the objections.
5       In accordance with the provisions of 28 U.S.C. § 636
6  (b)(1)(C) and <u>Britt v. Simi Valley United School Dist.</u>, 708 F.2d
7  452, 454 (9th Cir. 1983), this Court has conducted a *de novo*
8  review of the case. Having carefully reviewed the entire file,
9  the Court finds that the findings and recommendation are
10 supported by the record and proper analysis.
11      Accordingly, IT IS HEREBY ORDERED that:
12      1. The findings and recommendation filed on August 1, 2007,
13 are ADOPTED IN FULL; and
14      2. Plaintiff's motion to remand the action to state court IS
15 GRANTED, and the action IS ORDERED REMANDED to the Calaveras
16 County Superior Court.
17      This Court DIRECTS the clerk to take necessary action to
18 remand this Court to the Calaveras County Superior Court and to
19 close this action.
20      IT IS SO ORDERED.
21 **Dated:   September 4, 2007**              **/s/ Lawrence J. O'Neill**
                                          UNITED STATES DISTRICT JUDGE